IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA L. THEISE and THOMAS THEISE, **Plaintiffs** | No. 3:10cv1715 (Judge Munley) |
| v. | |
| ATTORNEY JAMES R. CARROLL, JR.; and CARROLL & CARROLL, PC, **Defendants** | FILED SCRANTON JUN 29 2011 PER \_\_\_\_ DEPUTY CLERK |

### ORDER OF DISMISSAL

Upon notice to the Court by counsel that this case is settled, it is hereby ordered that this case is dismissed without costs. The parties have **sixty (60)** days in which to consummate the settlement.

BY THE COURT:

Dated: 6/24/11

JUDGE JAMES M. MUNLEY
United States District Court